# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 09-75719  **Page:** 1  **Date:** December 9, 2010
**Debtor Name:** ROMERO, ROSE M  **Time:** 11:20:16 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $28,536.06 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 6.85 | 0.00 | 6.85 | 6.85 | 28,529.21 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 1,126.25 | 0.00 | 1,126.25 | 1,126.25 | 27,402.96 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 1,483.01 | 0.00 | 1,483.01 | 1,483.01 | 25,919.95 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 2,616.11 | 0.00 | 2,616.11 | 2,616.11 | |
| 1 | C/O SALLIE MAE, Inc. | Unsecured | 4,675.72 | 0.00 | 4,675.72 | 4,675.72 | 21,244.23 |
| 1I | C/O SALLIE MAE, Inc. | Unsecured | 17.54 | 0.00 | 17.54 | 17.54 | 21,226.69 |
| SURPLUS | ROMERO, ROSE M | Unsecured | 21,226.69 | 0.00 | 21,226.69 | 21,226.69 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 25,919.95 | 0.00 | 25,919.95 | 25,919.95 | |
| << Totals >> | | | 28,536.06 | 0.00 | 28,536.06 | 28,536.06 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**  100.000000%
**Unsecured**  100.000000%