## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: ROMERO, ROSE M                                      §    Case No. 09-75719
                                                           §
                                                           §
Debtor(s)                                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $448,200.00                Assets Exempt:  $48,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,693.26      Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $2,638.66

3)  Total gross receipts of $    28,558.61    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    21,226.69    (see **Exhibit 2**), yielded net receipts of $7,331.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $408,498.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,638.66 | 2,638.66 | 2,638.66 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 245,523.39 | 4,693.26 | 4,693.26 | 4,693.26 |
| **TOTAL DISBURSEMENTS** | $654,021.39 | $7,331.92 | $7,331.92 | $7,331.92 |

4)  This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2011_____   By: _/s/BERNARD J. NATALE_____
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Tax Refunds | 1224-000 | 28,552.00 |
| Interest Income | 1270-000 | 6.61 |
| **TOTAL GROSS RECEIPTS** | | **$28,558.61** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROMERO, ROSE M | Distribution paid 100.00% on $21,226.69; Claim# SURPLUS; Filed: $21,226.69; Reference: | 8200-000 | 21,226.69 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$21,226.69** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Alpine Bank of Rockford | 4210-000 | 6,000.00 | N/A | N/A | 0.00 |
| 3 | Chase Home Finance | 4110-000 | 106,904.00 | N/A | N/A | 0.00 |
| 4 | HSBC Mortgage Services | 4110-000 | 164,395.00 | N/A | N/A | 0.00 |
| 5 | MGC Mortgage Inc | 4110-000 | 131,199.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$408,498.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 6.85 | 6.85 | 6.85 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,126.25 | 1,126.25 | 1,126.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,483.01 | 1,483.01 | 1,483.01 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 22.55 | 22.55 | 22.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,638.66 | 2,638.66 | 2,638.66 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | C/O SALLIE MAE, Inc. | 7100-000 | N/A | 4,675.72 | 4,675.72 | 4,675.72 |
| 1I | C/O SALLIE MAE, Inc. | 7990-000 | N/A | 17.54 | 17.54 | 17.54 |
| 6 | Sallie Mae | 7100-000 | 55,000.00 | N/A | N/A | 0.00 |
| 7 | Wells Fargo | 7100-000 | 185,523.39 | N/A | N/A | 0.00 |
| 8 | Wells Fargo | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 245,523.39 | 4,693.26 | 4,693.26 | 4,693.26 |
| --- | --- | --- | --- | --- |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75719

**Case Name:** ROMERO, ROSE M

**Period Ending:** 02/23/11

**Trustee:**   (330370)   BERNARD J. NATALE

**Filed (f) or Converted (c):** 12/30/09 (f)

**§341(a) Meeting Date:** 02/01/10

**Claims Bar Date:** 05/05/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real estate located at: 1509 Ferncliff Blvd, Roc | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Real estate located at: 3315 Sablewood, Rockford | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Real estate located at: 2917 Sitka Lane, Rockfor | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | National City Bank - checking | 800.00 | 150.00 | DA | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing and personal items | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interest in Affiliated Surgeons 401K Plan | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2002 Honda Odyssey (170,000 miles) | 3,100.00 | 775.00 | DA | 0.00 | FA |
| 9 | 2001 Honda Accord (150,000 miles) | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2000 Honda Accord (150,000 miles) | 4,800.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2009 Tax Refunds  (u) | Unknown | 28,552.00 | | 28,552.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.61 | FA |
| **12** | **Assets**   **Totals** (Excluding unknown values) | **$448,200.00** | **$29,477.00** | | **$28,558.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**   October 25, 2010  (Actual)

Printed: 02/23/2011 10:35 AM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75719

**Case Name:** ROMERO, ROSE M

**Taxpayer ID #:** **-***1879

**Period Ending:** 02/23/11

**Trustee:** BERNARD J. NATALE (330370)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******15-65 - Money Market Account

**Blanket Bond:** $552,000.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/13/10 | {11} | Rose Romero | Turnover of Undisclosed Tax Refund | 1224-000 | 28,552.00 | | 28,552.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.82 | | 28,552.82 |
| 06/03/10 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-75719, BOND #016018067 | 2300-000 | | 22.55 | 28,530.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.64 | | 28,531.91 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.69 | | 28,533.60 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.70 | | 28,535.30 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,535.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 28,535.77 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,536.00 |
| 12/09/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.06 | | 28,536.06 |
| 12/09/10 | | To Account #9200******1566 | Transfer for Final Distributon | 9999-000 | | 28,536.06 | 0.00 |

|  | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 28,558.61 | 28,558.61 | **$0.00** |
| Less: Bank Transfers | 0.00 | 28,536.06 | |
| **Subtotal** | **28,558.61** | **22.55** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$28,558.61** | **$22.55** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75719
**Case Name:** ROMERO, ROSE M

**Taxpayer ID #:** **-***1879
**Period Ending:** 02/23/11

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******15-66 - Checking Account
**Blanket Bond:** $552,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/09/10 | | From Account #9200******1565 | Transfer for Final Distributon | 9999-000 | 28,536.06 | | 28,536.06 |
| 12/10/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,483.01, Trustee Compensation;  Reference: | 2100-000 | | 1,483.01 | 27,053.05 |
| 12/10/10 | 102 | ROMERO, ROSE M | Distribution paid 100.00% on $21,226.69; Claim# SURPLUS; Filed: $21,226.69; Reference: | 8200-000 | | 21,226.69 | 5,826.36 |
| 12/10/10 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,133.10 | 4,693.26 |
| | | | Dividend paid 100.00%  1,126.25 on $1,126.25;  Claim# ATTY; Filed: $1,126.25 | 3110-000 | | | 4,693.26 |
| | | | Dividend paid 100.00%  6.85 on $6.85;  Claim# EXP; Filed: $6.85 | 3120-000 | | | 4,693.26 |
| 12/10/10 | 104 | C/O SALLIE MAE, Inc. | Combined Check for Claims#1,1I | | | 4,693.26 | 0.00 |
| | | | Dividend paid 100.00%  4,675.72 on $4,675.72;  Claim# 1; Filed: $4,675.72 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  17.54 on $17.54;  Claim# 1I; Filed: $17.54 | 7990-000 | | | 0.00 |

|  | | Receipts | Disbursements |  |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 28,536.06 | 28,536.06 | **$0.00** |
| Less: Bank Transfers | | 28,536.06 | 0.00 | |
| **Subtotal** | | **0.00** | **28,536.06** | |
| Less: Payments to Debtors | | | 21,226.69 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$7,309.37** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******15-65** | 28,558.61 | 22.55 | 0.00 |
| **Checking # 9200-******15-66** | 0.00 | 7,309.37 | 0.00 |
| | **$28,558.61** | **$7,331.92** | **$0.00** |